Darline Moss, Individually and as Administratrix of Estate of Olive E. Balch, Deceased, Appellee, v. Jack H. Balch et al., Defendants. Jack H. Balch et al., Appellants.

Gen. No. 42,655.

opinion filed June 30, 1943. Jacob G. Grossberg and Hirsch E. Soble, for appellants; Lederer, Livingston, Kahn & Adsit, for appellee. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''